Case 2:18-mj-03336-DUTY Document 11 Filed 12/19/18 Page 1 of 3 Page ID #:40
Case: 1:18-cr-00852 Document #: 7 Filed: 12/26/18 Page 1 of 9 PageID #:20

FILED
12/26/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

18CR852



Name and address:

CLERK, U.S. DISTRICT COURT
DEC 19 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 18-MJ-3336 |
| v. | |
| Raymond Wu | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| DEFENDANT(S). | __Northern__ District of __Illinois__ At _____ (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court
☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

☒ in violation of Title __18__ United States Code, Section(s) __1343__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:
☒ duly waived arrival of process.
☒ duly waived identity hearing before me on __12/18/18__.
☐ duly waived preliminary hearing before me on _____.
☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☒ No bail has been set.
  ☒ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

__Dec. 19, 2018__        _/s/ [signature]_
Date                      United States Magistrate Judge

## RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____        _____
Date                         Deputy

M-15 (01/09)         FINAL COMMITMENT AND WARRANT OF REMOVAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. __18-MJ-3336__  CourtSmart __CS 12/19/2018__  Date: __December 19, 2018__

Present: The Honorable __Jean P. Rosenbluth__, U.S. Magistrate Judge

__Bea Martinez__  __Patrick Castaneda__  _____
*Deputy Clerk*  *Assistant U.S. Attorney*  *Interpreter / Language*

USA v. Raymond Wu

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant:
Georgina Wakefield

☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

**I. PROCEEDINGS:** ☐ IDENTITY HEARING ☐ REMOVAL HEARING ☐ PRELIMINARY HEARING
☐ RE POSSIBLE RULE 20  ☐ ARRIVAL OF PROCESS
☐ FURTHER PROCEEDINGS RE _____

☐ Process  ☐ received  ☐ not received
☐ Witness(es) CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant  ☐ to be the person  ☐ not to be the person charged in the  ☐ Indictment  ☐ Information
☐ Complaint.
☐ Court finds  ☐ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☐ Defendant executed Waiver of Rights.  ☐ Process received.  ☐ Process not received.
☑ Court ORDERS defendant Held to Answer to __Northern__ District of __Illinois__
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☑ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: __12/19/2018__ By: __B. Martinez__.
 ☐ Final commitment and warrant of removal are ordered stayed until _____.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**
☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See Receipt for Release of Exhibits to Counsel. ☐ Release Order Issued - Release No.: _____
☐ Court orders case continued to _____ at _____ ☐ a.m. ☐ p.m. for _____ before Judge _____ in courtroom _____.
☑ Other: __Defendant is held to Answer to the Northern District of Illinois. Court notes Government provided no reporting instructions.__

I. _____ : 26
II. _____ : _____
Deputy Clerk Initials __bm__

M-50 (06/10)  MINUTES - RULE 5/20 HEARING / DETENTION HEARING

FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: MJ 18-3336
               Plaintiff, ) ORDER OF DETENTION
vs. )
Raymond Wu, Defendant. )

**I.**

A.    ( )    On motion of the Government in a case allegedly involving:

    1.    ( )    a crime of violence.

    2.    ( )    an offense with maximum sentence of life imprisonment or death.

    3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

    5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.  (X)  On motion by the Government/( ) on Court's own motion, in a case
2           allegedly involving:
3      (X)  On the further allegation by the Government of:
4           1.  (X)  a serious risk that the defendant will flee.
5           2.  ( )  a serious risk that the defendant will:
6                a.  ( )  obstruct or attempt to obstruct justice.
7                b.  ( )  threaten, injure or intimidate a prospective witness or
8                    juror, or attempt to do so.
9  C.  The Government ( ) is/(X) is not entitled to a rebuttable presumption that no
10     condition or combination of conditions will reasonably assure the defendant's
11     appearance as required and the safety or any person or the community.
12
13                                    II.
14 A.  (X)  The Court finds that no condition or combination of conditions will
15           reasonably assure:
16      1.  (X)  the appearance of the defendant as required.
17               (X)  and/or
18      2.  (X)  the safety of any person or the community.
19 B.  ( )  The Court finds that the defendant has not rebutted by sufficient evidence to
20          the contrary the presumption provided by statute.
21
22                                    III.
23 The Court has considered:
24 A.  (X)  the nature and circumstances of the offense(s) charged, including whether
25          the offense is a crime of violence, a Federal crime of terrorism, or involves
26          a minor victim or a controlled substance, firearm, explosive, or destructive
27          device;
28 B.  (X)  the weight of evidence against the defendant;

1    C.    (✘)    the history and characteristics of the defendant; and
2    D.    (✘)    the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A.    (✗)    As to flight risk:

~~no known bail resources~~

~~unverified background information~~

current charges were committed while on SR for prior similar offense

extensive foreign-travel history that was not revealed to pretrial services

told probation officer in prior case that he had to travel internationally for his job

B.    (✗)    As to danger:

alleged offense conduct committed while on SR for prior similar conviction

gave false statements to pretrial

would be very difficult to monitor computer usage, his vehicle for committing fraud crimes

## VI.

A. ( ) The Court finds that a serious risk exists the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

_____

_____

_____

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: Dec. 19, 2018

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:18-mj-03336-DUTY All Defendants

| | |
|---|---|
| Case title: USA v. Wu | Date Filed: 12/18/2018 |
| Other court case number: 18CR852 Northern District of Illinois Eastern Division | Date Terminated: 12/18/2018 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Raymond Wu**<br>*TERMINATED: 12/18/2018* | represented by | **Seema Ahmad**<br>Federal Public Defenders Office<br>321 East 2nd Street<br>Los Angeles, CA 90012-4202<br>213-894-4787<br>Fax: 213-894-0081<br>Email: Seema_Ahmad@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1343 | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>411 W 4th Street Suite 8000<br>Santa Ana, CA 92701-4599<br>714-338-3500<br>Email: USACAC.SACriminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2018 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Raymond Wu, originating in the Northern District of Illinois Eastern Division. Defendant charged in violation of: 18:1343. (dg) (Entered: 12/20/2018) |
| 12/18/2018 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Raymond Wu; defendants Year of Birth: 1976; date of arrest: 12/18/2018 (dg) (Entered: 12/20/2018) |
| 12/18/2018 | 3 | Defendant Raymond Wu arrested on warrant issued by the USDC Northern District of Illinois Eastern Division at Chicago. (Attachments: # 1 Charging Document)(dg) (Entered: 12/20/2018) |
| 12/18/2018 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Jean P. Rosenbluth as to Defendant Raymond Wu. Attorney: Seema Ahmad for Raymond Wu, Deputy Federal Public Defender, present. Court orders defendant held to answer to Northern District of Illinois. Detention Hearing set for 12/19/2018 03:00 PM before Magistrate Judge Jean P. Rosenbluth. Court Smart: CS 12/18/18. (dg) (Entered: 12/20/2018) |
| 12/18/2018 | 5 | WAIVER OF RIGHTS approved by Magistrate Judge Jean P. Rosenbluth as to Defendant Raymond Wu. (dg) (Entered: 12/20/2018) |
| 12/18/2018 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Raymond Wu. (dg) (Entered: 12/20/2018) |
| 12/18/2018 | 7 | FINANCIAL AFFIDAVIT filed as to Defendant Raymond Wu. (Not for Public View pursuant to the E-Government Act of 2002) (dg) (Entered: 12/20/2018) |
| 12/18/2018 | 8 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Raymond Wu (dg) (Entered: 12/20/2018) |
| 12/18/2018 | | Notice to Northern District of Illinois of a Rule 5 or Rule 32 Initial Appearance as to Defendant Raymond Wu. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule |

| | | |
|---|---|---|
| | | 5(c)(3) (fka Rule 40),. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (dg) (Entered: 12/20/2018) |
| 12/19/2018 | 9 | MINUTES OF Detention Hearing held before Magistrate Judge Jean P. Rosenbluth as to Defendant Raymond Wu. The Court Orders the defendant permanently detained. Court Orders defendant held to answer to Northern District of Illinois. Court notes Government provided no reporting instructions. Court Smart: CS 12/19/18. (dg) (Entered: 12/21/2018) |
| 12/19/2018 | 10 | ORDER OF DETENTION by Magistrate Judge Jean P. Rosenbluth as to Defendant Raymond Wu. (dg) (Entered: 12/21/2018) |
| 12/19/2018 | 11 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Jean P. Rosenbluth that Defendant Raymond Wu be removed to the Northern District of Illinois (dg) (Entered: 12/21/2018) |
| 12/19/2018 | | Notice to Northern District of Illinois of ADDITIONAL DOCUMENTS of a Rule 5 or Rule 32 Initial Appearance as to Defendant Raymond Wu. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 9 Detention Hearing, 11 Warrant of Removal and Commitment to Another District, 10 Order of Detention. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (dg) (Entered: 12/21/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/26/2018 09:20:42 | | | |
| PACER Login: | honeyk123:5334895:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:18-mj-03336-DUTY End date: 12/26/2018 |
| Billable Pages: | 2 | Cost: | 0.20 |