UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND WU | Case No. 18 CR 852<br><br>Magistrate Judge Susan E. Cox |

## APPEARANCE OF COUNSEL

Please take notice that Assistant United States Attorney Jacqueline Stern is assigned to this case.

Respectfully Submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Jacqueline Stern*
Jacqueline Stern
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 353-5300

Dated: January 7, 2019