FILED
FEB 12 2019
MAGISTRATE JUDGE
MARY M. ROWLAND

INTAKE
FEB 12 2019



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 18 CR 852 |
| | ) | |
| v. | ) | Violation: Title 18, United States Code |
| | ) | Section 1343 |
| RAYMOND WU | ) | |

JUDGE PALLMEYER

MAGISTRATE JUDGE COX

## COUNT ONE

The SPECIAL JUNE 2018 GRAND JURY charges:

1. At times material to this Indictment:

   a. Defendant RAYMOND WU held himself out as a financial adviser, investment adviser, and business consultant. Defendant WU made and purported to make investments through his investment company, Five Fold Equity Partners, LLC, and purported to provide business-consulting services through his consulting company Wunderkind Group LLC, doing business as Ray Wu Consulting Services. Defendant WU also used other companies, and their bank accounts, to obtain funds from certain investors.

2. Beginning in or about January 2009, and continuing until in or about December 2018, in the Northern District of Illinois, Eastern Division, and elsewhere,

RAYMOND WU,

defendant herein, devised, intended to devise, and participated in a scheme to defraud investors and lenders, and to obtain money and property from those investors and lenders by means of materially false and fraudulent pretenses, representations, and promises, which scheme is further described below.

3. It was part of the scheme that defendant WU knowingly made materially false representations to investors and lenders (collectively "investors") to fraudulently obtain and retain their money, which included false representations about the ways in which investors' funds would be used and were used, the status of investors' funds, the validity of certain documents, defendant WU's wealth and profits, and defendant WU's investment of his own funds. Defendant WU misappropriated investors' funds to pay for his own personal and business expenses and to repay other investors and lenders. Defendant WU falsely represented to investors that he would be out of touch for approximately a year because he was being treated for cancer or he was traveling, when, in fact, he was out of touch because he was in prison, serving a sentence for a fraud conviction.

### Misrepresentations and Misuse Of Funds

4. It was further part of the scheme that defendant WU obtained funds from investors by falsely representing that he would, and did, use all of their funds solely for their benefit. Contrary to these representations, defendant WU intended to and did misappropriate a substantial portion of the investors' funds, rather than using those funds for the investors' benefit. Specifically, defendant WU misused and misappropriated money that belonged to investors for his own personal benefit, namely, for personal and business expenses, including airline tickets, luxury hotels, restaurants, groceries, toys, and credit card payments.

5. It was further part of the scheme that defendant WU falsely represented to certain investors that he would, and did, use their funds to make equity investments into

2

specific companies, including various start-up companies developing new computer apps and new internet platforms, and an equity investment company. In fact, defendant WU did not make the investments as promised.

6. It was further part of the scheme that defendant WU obtained funds from certain investors by falsely representing that he would use their funds to help them develop start-up companies, which included working on patent applications, hiring technology developers, and developing a corporate website. In fact, defendant WU intended to and did misappropriate a portion of the funds that were provided to him rather than using all of those funds to help develop those companies as promised.

7. It was further part of the scheme that defendant WU falsely represented to certain investors that he would and did use his own funds to match the amount provided by those investors, thereby increasing the amount being invested into specific companies. In fact, defendant WU did not invest his own funds as promised.

8. It was further part of the scheme that defendant WU falsely represented to investor Gr.Che. that his initial investment in one company could be used to invest in a different company, and that defendant WU would withdraw Gr.Che.'s funds from the first company and re-invest those funds in the other company. In fact, defendant WU knew that he had misappropriated Gr.Che's funds and, therefore, Gre.Che's funds could not be withdrawn and re-invested as promised.

9. It was further part of the scheme that defendant WU attempted to obtain approximately $200,000 in additional funds from an investor by falsely representing that her initial investment had been invested in an equity fund company, and that the equity

fund company had issued a capital call requiring her to invest an additional $200,000. In fact, although the equity fund company did issue a capital call, defendant WU knew that he had not placed the investor's funds into the equity fund company, and therefore the capital call did not apply to that investor.

### Additional False Representations Made to Obtain funds

10. It was further part of the scheme that defendant WU falsely represented to certain investors that his businesses were very profitable, that he was wealthy and successful, that he had millions of dollars, and that his family was wealthy. In fact, defendant WU knew those statements were not true.

11. It was further part of the scheme that defendant WU fraudulently caused certain investors to invest funds into defendant WU's consulting company, by falsely representing that defendant WU's company was very successful, and defendant WU would pay the investors a percentage of the company's profits. In fact, defendant WU made certain payments to those investors, but some or all of those payments came from funds belonging to other investors, rather than from profits.

12. It was further part of the scheme that defendant WU gave certain investors documents containing false information, which included a false "Business Valuation" report concerning defendant's investment company.

13. It was further part of the scheme that defendant WU obtained loans from certain individuals by falsely representing that he would repay those loans within a short period of time, with substantial interest. Defendant WU knew that he could not, and did not, repay those loans as promised.

4

### Continuing and Concealing the Fraud

14. It was further part of the scheme that, in order to continue and conceal the scheme, defendant WU used a portion of the investors' funds to make Ponzi-type payments, namely, to make payments to other investors and lenders.

15. It was further part of the scheme that, in order to continue and conceal the scheme, defendant WU told certain investors that he was going to be out of touch with them for approximately one year, and he provided various false explanations for the reason he would be out of touch, which included that: (1) defendant WU was suffering from cancer, and he was going to go, and did go, to China to be treated for cancer; (2) defendant WU was going to travel around the world, and he ended up in China working with the CEO of a famous company; and (3) defendant WU was planning to go, and did go, on a worldwide trip to find investments in remote regions of Asia. In fact, defendant WU knew that he was out of touch with investors because he was in prison serving a sentence for a fraud conviction. Defendant WU intentionally failed to disclose to investors that he had been convicted of fraud.

16. It was further part of the scheme that, in order to continue and conceal the scheme, defendant WU knowingly made false lulling statements to investors about paying them back in the near future and about why he could not pay them back as requested. In fact, defendant WU knew that he could not make payments because he had misappropriated a substantial portion of the investors' funds and he had no other funds with which to repay the money he owed.

17. It was further part of the scheme that defendant WU misrepresented, concealed, and hid, and caused to be misrepresented, concealed, and hidden, the existence of the scheme, the purposes of the scheme, and acts done in furtherance of the scheme.

### Loss

18. As a result of the scheme, defendant WU caused losses to investors of at least approximately $1.4 million.

### Interstate Wire in Furtherance of the Scheme

19. On or about March 25, 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

RAYMOND WU,

defendant herein, for the purpose of executing the scheme to defraud, knowingly caused to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, and signals, namely, an interstate transfer of $50,000 from investor Gr.Che. who was in Chicago, Illinois, to defendant WU, which funds were transferred from an account held by Gr.Che's business at Charles Schwab & Co., through Wells Fargo Bank, to a bank account held by defendant WU's business, Five Fold Equity LLC, at Bank of America, through the Fed Wire system, which funds were sent by investor Gr.Che. to be invested by defendant WU;

In violation of Title 18, United States Code, Section 1343.

## COUNT TWO

The SPECIAL JUNE 2018 GRAND JURY further charges:

1. Paragraphs 1 through 18 of Count One of this Indictment are incorporated here.

2. On or about April 29, 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

RAYMOND WU,

defendant herein, for the purpose of executing the scheme to defraud, knowingly caused to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, and signals, namely, an interstate transfer of $50,000 from investor Gr.Che. who was in Chicago, Illinois, to defendant WU, which funds were transferred from an account held by Gr.Che's business at Charles Schwab & Co., through Wells Fargo Bank, to a bank account held by defendant WU's business, Five Fold Equity LLC, at Bank of America, through the Fed Wire system, which funds were sent by investor Gr.Che. to be invested by defendant WU;

In violation of Title 18, United States Code, Section 1343.

## **COUNT THREE**

The SPECIAL JUNE 2018 GRAND JURY further charges:

1. Paragraphs 1 through 18 of Count One of this Indictment are incorporated here.

2. On or about October 13, 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

RAYMOND WU,

defendant herein, for the purpose of executing the scheme to defraud, knowingly caused to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, and signals, namely, an email from defendant WU in Los Angeles, California to investor Gr.Che. in Chicago, Illinois, sent by interstate wire through a Google server located outside the state of Illinois, falsely representing that defendant WU was making his way back to the United States and that defendant WU would assess the way to transfer funds belonging to investor Gr.Che. from one company to another;

In violation of Title 18, United States Code, Section 1343.

## COUNT FOUR

The SPECIAL JUNE 2018 GRAND JURY further charges:

1. Paragraphs 1 through 18 of Count One of this Indictment are incorporated here.

2. On or about April 30, 2018, in the Northern District of Illinois, Eastern Division, and elsewhere,

RAYMOND WU,

defendant herein, for the purpose of executing the scheme to defraud, knowingly caused to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, and signals, namely, an email from defendant WU, to investor Gr.Che. in Chicago, Illinois, sent by interstate wire through a Google server located outside the state of Illinois, in which defendant WU falsely represented that he had taken steps to transfer certain funds belonging to investor Gr.Che. from one company to another;

In violation of Title 18, United States Code, Section 1343.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY