# United States District Court, Northern District of Illinois

**MAGISTRATE JUDGE COX**

| Name of Assigned Judge or Magistrate Judge | JUDGE PALLMEYER | Sitting Judge if Other than Assigned Judge | Rowland |
|---|---|---|---|
| CASE NUMBER | 18-CR-00852 | DATE | FEBRUARY 12, 2019 |
| CASE TITLE | U.S. v. RAYMOND WU | | |

**DOCKET ENTRY TEXT**

## Grand Jury Proceeding

The Grand Jury for **SPECIAL DECEMBER 2017** the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Mary M. Rowland_

NO BOND SET; DETAINED BY MAGISTRATE JUDGE.

**FILED**
FEB 12 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                    UNDER SEAL)

Courtroom Deputy Initials: DL