IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 18 CR 852-1 ) |
| Raymond Wu, | ) Judge Rebecca R. Pallmeyer ) |
| Defendant. | ) ) |

## ORDER

Government's oral motion to unseal the complete file is granted.

ENTER:

Dated: February 14, 2019

REBECCA R. PALLMEYER
United States District Judge