IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.  18 CR 852-1 |
| Raymond Wu, | ) ) | Judge Rebecca R. Pallmeyer |
| Defendant. | ) ) ) | |

## ORDER

    Arraignment held on 2/21/2019. Initial appearance proceedings held on 2/21/2019. Defendant informed of his rights, the nature of the charges, and the potential maximum penalties. Defendant enters plea of not guilty to all counts. Local Rule 16.1 conference and disclosures to be completed by 3/7/2019. Government's motion for payment prior to sentencing [22]; Government's motion to continue detaining Defendant Wu [25], Government's motion for early return of trial subpoenas [18]; and Government's motion for entry of Protective Order governing discovery are granted. Detention hearing set for 2/27/2019 at 2:00 PM. The Court directs Pretrial Services to interview Mr. Wu before the detention hearing. In the interest of justice, order excludable time to start pursuant to 18:3161(h)(7)(A)(B).

ENTER:

Dated: February 21, 2019

_____
REBECCA R. PALLMEYER
United States District Judge

(T:00:14)