UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND WU | No. 18 CR 852<br><br>Rebecca R. Pallmeyer |

### ORDER

Upon the motion of the United States, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall accept from the defendant, his designated representative, or law enforcement personnel, payment of the criminal financial obligations and maintain such payment on deposit in the court's registry until the time of sentencing in this case; and it is further ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment in this case, the Clerk of the Court shall withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendant. Funds shall be refunded to the payor in the event that there is no criminal judgment entered in this case.

ENTER:

_____
REBECCA R. PALLMEYER
United States District Judge
Northern District of Illinois

Date: February 21, 2019