# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                          Case No.: 1:18−cr−00852

                                          Honorable Rebecca R. Pallmeyer

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 6, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Raymond Wu: Telephone motion hearing held. For reasons stated on the record, Defendant's motion to continue surrender date is granted [141]. Defendant, Raymond Wu's, surrender date is extended 30 days to Friday, October 7, 2022 at noon. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.