In the United States District Court
for the Northern District of Illinois

| | |
|---|---|
| **United States of America,** **Plaintiff,** | Case number  18-cr-852 |
| | Judge  The Honorable Rebecca R. Pallmeyer |
| v. Raymond Wu **Defendant.** | |

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person represented**  Raymond Wu          **Under seal?**  ☐ Yes  ■ No

**Defendant number**  1          **Representation type**  CC

**Type of person represented**  Adult          **Court order**  Subs for Federal Defender

**Payment category**  Felony          **Name of Prior Attorney**  Daniel Hesler

**Name of appointed attorney**  Paúl Camarena

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

*[signature: Rebecca R. Pallmeyer]*                                          January 18, 2023

_____          _____
**Signature of Presiding Judge or by Order of the Court**          **Date**

**Nunc Pro Tunc Date:** 07/08/2022          or  ☐ None

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?**          ☐ Yes  ☐ No
**Prior authorization approved?**    ☐ Yes  ☐ No  ☐ Not applicable

_____          _____
**Signature of Presiding Judge or by Order of the Court**          **Date**

**Nunc Pro Tunc Date:**          or  ☐ None

Rev. 2212019